UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL NIVARD BEATON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMAZON.COM, INC.,<br><br>　　　　Defendant. | No. 2:19-cv-02394 KJM AC PS<br><br><br>ORDER |

Plaintiff is proceeding in this action in pro per. The matter was referred to a United States Magistrate Judge as provided by Local Rule 302(c)(21).

On December 31, 2019, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 13. Plaintiff has filed objections to the findings and recommendations. ECF No. 15.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 31, 2019, are adopted in full,

2. The complaint (ECF No. 1) is DISMISSED without leave to amend,

3. All pending motions are DENIED as MOOT,

4. The Clerk of Court shall close this case.

DATED: January 31, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE